# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| SYLVIA SANTOS, | Case No.: 18cv506-LAB (MDD) |
|---|---|
| Plaintiff, | |
| v. | **ORDER STRIKING PROPOSED AMENDED COMPLAINT, AND DIRECTING CLERK TO REFILE AMENDED COMPLAINT WITHOUT EXHIBITS** |
| OFFICE DEPOT, INC., | |
| Defendant. | |

The First Amended Complaint was accepted for filing by the Clerk's office on April 19, and shortly after that, a discrepancy order was submitted to chambers.

One of the exhibits to the amended complaint violate Fed. R. Civ. P. 5.2(a) in that it includes financial account numbers. The Clerk is directed to **STRIKE** the filed complaint (Docket no. 7) and refile it without Exhibit 3.

**IT IS SO ORDERED**.

Dated: April 20, 2018

_____
Hon. Larry Alan Burns
United States District Judge