

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Sylvia Santos

**Plaintiff,**

V.

Office Depot, Inc.; DOES 1 - 100 et al; Alberto H. Castellanos

**Defendant.**

Civil Action No.  18cv0506-LAB-MDD

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The amended complaint is dismissed without leave to amend. Santos' renewed IFP motion is denied as moot. The Clerk is directed to close the docket.

Date:  4/23/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Taylor

J. Taylor, Deputy